# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132132

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROY DWIGHT COOKE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132132
COA: 271343
Macomb CC: 2005-000845-FH

On order of the Court, the application for leave to appeal the August 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

p1120